**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ERIN HORNADAY,

    Plaintiff,

v.                                        Case No.:

DISCOVER PRODUCTS INC. and
CAPITAL MANAGEMENT SERVICES, L.P.,

    Defendants.
_____/

**NOTICE OF REMOVAL**

    Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Capital Management Services, L.P. ("CMS"), through undersigned counsel, hereby removes the above-captioned civil action from the County Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division. The removal of this civil case is proper because:

    1.    CMS is a named defendant in this civil action filed by plaintiff, Erin Hornaday ("plaintiff"), in the County Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, titled *Erin Hornaday v. Discover Products Inc. and Capital Management Services, L.P.,* Case No.: 20-008885-SC (hereinafter the "State Court Action").

1

2. CMS removes this case on the basis of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, as plaintiff's complaint claims relief based on alleged practices in violation of federal law.

3. Pursuant to 28 U.S.C. § 1446(b), CMS has timely filed this Notice of Removal. CMS was served with plaintiff's complaint on January 21, 2021. This Notice of Removal is filed within 30 days of receipt of the complaint.

4. Attached hereto as **Exhibit A** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

5. All defendants who have been properly joined and served in the State Court Action consent to removal.

6. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the County Court of Sixth Judicial Circuit, in and for Pinellas County, Florida.

WHEREFORE, Defendant, Capital Management Services, L.P., hereby removes to this Court the State Court Action.

Dated: February 19, 2021

Respectfully Submitted,

*/s/ Michael P. Schuette*
Michael P. Schuette, Esq.

        Florida Bar No. 0106181
        Dayle M. Van Hoose, Esq.
        Florida Bar No. 0016277
        SESSIONS, ISRAEL & SHARTLE, LLC
        3350 Buschwood Park Drive, Suite 195
        Tampa, Florida 33618
        Telephone: (813) 890-2460
        Facsimile: (877) 334-0661
        mschuette@sessions.legal
        dvanhoose@sessions.legal
        *Counsel for Defendant,*
        *Capital Management Services, L.P.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of February 2021, a copy of the foregoing was filed electronically via CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

        Kaelyn Diamond, Esq.
        Ziegler Diamond Law
        Debt Fighters
        2561 Nursery Road, Suite A
        Clearwater, FL 33764
        kaelyn@attorneydebtfighters.com
        service@attorneydebtfighters.com
        *Counsel for plaintiff*

        Sara L. Solano, Esq.
        Burr & Forman LLP
        350 E. Las Olas Boulevard, Suite 1440
        Fort Lauderdale, Florida 33301
        ssolano@burr.com
        rzamora@burr.com
        FLService@burr.com

*Counsel for Defendant,*
*Discover Products Inc.*

David Elliott, Esq.
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
delliott@burr.com
cwingate@burr.com
sfoshee@burr.com
*Counsel for Defendant,*
*Discover Products Inc.*

<u>*/s/ Michael P. Schuette*</u>
Attorney